**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose R. Zuniga, | No. CV12-0416-PHX-RCB (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Defendants. | |

This Matter having come before the Court on stipulation of the parties;

IT IS ORDERED dismissing this action with prejudice.

DATED this 26th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge